UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION,<br><br>    Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION; CARDINAL HEALTH, INC.; CARDINAL HEALTH 110, LLC; AMERISOURCEBERGEN DRUG CORPORATION; CVS HEALTH CORPORATION; CVS PHARMACY, INC.; OKLAHOMA CVS PHARMACY, LLC; WALGREENS BOOTS ALLIANCE, INC.; WALGREEN CO.; WAL-MART STORES, INC.,<br><br>    Defendants. | Case No. 18-CV-0056-RAW |

**ORDER GRANTING DEFENDANTS'**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

  Pending before the Court is Defendants McKesson Corporation; Cardinal Health, Inc.; Cardinal Health 110 LLC; and AmerisourceBergen Drug Corporation's Unopposed Joint Motion to Extend Time to Answer, File Motions or Otherwise Respond to the Petition under Rule 12 (Dkt. No. 73).  In light of the agreement among the parties and for other good cause shown, it is hereby **ORDERED** that the Defendants' Motion is **GRANTED** and the Defendants shall have until thirty (30) days following the Certified Remand Order (Dkt No. 72), or until March 16, 2020, to file an answer, motions or otherwise respond to Plaintiff's Petition under Rule 12.

  Entered this 18th day of February, 2020.

                _____
                Ronald A. White
                United States District Judge
                Eastern District of Oklahoma