## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THE CHEREKEE NATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-cv-56-RAW |
| | ) | |
| MCKESSON CORPORATION; CARDINAL HEALTH, INC.; CARDINAL HEALTH 110, LLC; AMERISOURCEBERGEN DRUG CORPORATION; CVS HEALTH CORPORATION; CVS PHARMACY, INC.; OKLAHOMA CVS PHARMACY, LLC; WALGREENS BOOTS ALLIANCE, INC.; WALGREEN CO.; WAL-MART STORES, INC., | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING PHARMACY DEFENDANTS' UNOPPOSED MOTION TO SET AGREED DATE CERTAIN TO ANSWER, FILE MOTIONS TO DISMISS, OR OTHERWISE RESPOND TO PETITION

On February 27, 2020, Defendants CVS Health Corporation, CVS Pharmacy, Inc., Oklahoma CVS Pharmacy, L.L.C., Walgreens Boots Alliance, Inc., Walgreen Co., and Walmart Inc. (collectively, the "Pharmacy Defendants") filed an Unopposed Motion to Set Agreed Date Certain to Answer, File Motions to Dismiss, or Otherwise Respond to the Petition (the "Motion"). (Docket No. 82). The Motion is agreed to by Plaintiff, the Cherokee Nation.

For good cause shown, it is hereby ordered that the date by which the Retail Pharmacy Defendants are required to answer, file motions to dismiss, or otherwise respond to Plaintiff's Petition is set as March 23, 2020.

SO ORDERED this 28th day of February, 2020.

_____
The Honorable Ronald A. White
United States District Judge