# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 18-cv-56-RAW |
| ) | |
| MCKESSON CORPORATION; CARDINAL ) | |
| HEALTH, INC.; CARDINAL HEALTH 110, ) | |
| LLC; AMERISOURCEBERGEN DRUG ) | |
| CORPORATION; CVS HEALTH ) | |
| CORPORATION; CVS PHARMACY, INC.; ) | |
| OKLAHOMA CVS PHARMACY, LLC; ) | |
| WALGREENS BOOTS ALLIANCE, INC.; ) | |
| WALGREEN CO.; WAL-MART STORES, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER FOR STATUS REPORT

This case was originally filed on February 26, 2018 by Notice of Removal from Sequoyah County, State of Oklahoma alleging personal injury and products liability. The matter was transferred on June 6, 2018 to the Northern District of Ohio pursuant to an order from the United States Judicial Panel on Multidistrict Litigation and has since been remanded to this court as of February 13, 2020.

The court is directing the parties to file an agreed status report which will include the status of this matter, procedurally and substantively, the current positions of the parties, a discovery plan going forward, proposed deadlines and trial date and any other information they may assist the court in moving forward with this action.

This report need not be in the form of the court's usual joint status report form, but rather in narrative form more fully explaining the nature of this case and its journey to and from this court and back again.  The parties shall file this report no later than **March 30, 2020.**

SO ORDERED this 4th day of March, 2020.

_____
The Honorable Ronald A. White
United States District Judge