IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 18-cv-56-RAW |
| ) | |
| MCKESSON CORPORATION; CARDINAL ) | |
| HEALTH, INC.; CARDINAL HEALTH 110, ) | |
| LLC; AMERISOURCEBERGEN DRUG ) | |
| CORPORATION; CVS HEALTH ) | |
| CORPORATION; CVS PHARMACY, INC.; ) | |
| OKLAHOMA CVS PHARMACY, LLC; ) | |
| WALGREENS BOOTS ALLIANCE, INC.; ) | |
| WALGREEN CO.; WAL-MART STORES, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

**PHARMACY DEFENDANTS' MOTION TO STAY
MARCH 23, 2020 RESPONSIVE PLEADING DEADLINE
AND REQUEST FOR EXPEDITED CONSIDERATION**

Defendants, CVS Health Corporation,[1] CVS Pharmacy, Inc., Oklahoma CVS Pharmacy, L.L.C., Walgreens Boots Alliance, Inc.,[2] Walgreen Co., and Walmart Inc. (collectively, the "Pharmacy Defendants"), respectfully move to stay the March 23, 2020 deadline to answer, file a motion to dismiss, or otherwise respond to Plaintiff's Petition. The Pharmacy Defendants further request that the Court grant expedited consideration of this Motion. In support of this motion, the Pharmacy Defendants state as follows:

---

[1] Plaintiff is planning to dismiss CVS Health Corporation from this mater.
[2] Walgreens Boots Alliance, Inc. ("WBA") intends to file at the appropriate time a motion to dismiss based on lack of personal jurisdiction, and expressly reserves its right to so move. By joining in this motion, WBA does not consent to jurisdiction or waive its position on jurisdiction in any respect.

1

1. On January 19, 2018, Plaintiff commenced this action by filing the Petition in the State Court of Sequoyah County, Oklahoma.

2. On February 26, 2018, McKesson Corporation filed a Notice of Removal pursuant to 28 U.S.C. § 1442. *See* ECF No. 1.

3. On February 13, 2020, an order was filed remanding this matter to this Court. *See* ECF No. 72.

4. On February 28, 2020, this Court granted the Pharmacy Defendants until March 23, 2020 to answer, move or otherwise respond to the Petition. *See* ECF No. 84.

5. On March 17, 2020, this Court entered an Order allowing Plaintiff, if it so desires, to file an Amended Complaint by March 27, 2020. *See* ECF No. 102.

6. Prior to the Court's Order, Plaintiff advised the Pharmacy Defendants it would be filing an Amended Complaint. Thus, Pharmacy Defendants will be required to file additional answers, motions to dismiss, or other responses at that time.

7. This stay is not sought for delay, but will serve the interests of judicial economy and fairness to the parties. It will further relieve the parties of the burden of filing and responding to multiple motions to dismiss and the Court of the burden of reviewing and ruling on the same.

8. Counsels' communications in an effort to resolve the issues raised in this Motion were concluded on March 18, 2020 with no agreement. Due to the upcoming March 23, 2020 deadline and its associated burdens on the parties and Court, an expedited ruling on this Motion is of necessity.

9. The stay will have no effect on a scheduled trial or other deadlines, as none have been set.

WHEREFORE, for good cause shown, the Pharmacy Defendants respectfully request that the Court grant the Pharmacy Defendants' Motion and enter an order staying the March 23, 2020 deadline for the Pharmacy Defendants to answer, file motions, or otherwise respond to Plaintiff's Petition. The Pharmacy Defendants further request the Court set a shortened time for Plaintiff's response and decide this Motion at its earliest convenience.

Respectfully submitted this 18th day of March, 2020.

| | |
|---|---|
| /s/Larry D. Ottaway | /s/G. Calvin Sharp |
| Larry D. Ottaway, OBA #6816 | G. Calvin Sharpe, OBA # 11702 |
| Amy Sherry Fischer, OBA #16651 | Amy D. White, OBA # 19255 |
| Jordyn L. Cartmell, OBA #31043 | PHILLIPS MURRAH P.C. |
| FOLIART, HUFF, OTTAWAY & BOTTOM | Corporate Tower, Thirteenth Floor |
| | 101 North Robinson Avenue |
| 201 Robert S. Kerr Avenue, 12th Floor | Oklahoma City, Oklahoma 73102 |
| Oklahoma City, Oklahoma 73102 | (405) 235-4100 (t) |
| Telephone: (405) 232-4633 | (405) 235-4133 (f) |
| Facsimile: (405) 232-3462 | gcsharpe@phillipsmurrah.com |
| larryottaway@oklahomacounsel.com | adwhite@phillipsmurrah.com |
| amyfischer@oklahomacounsel.com | |
| jordyncartmell@oklahomacounsel.com | Eric R. Delinsky* |
| | Alexandra W. Miller* |
| Laura Jane Durfee | Paul Hynes* |
| Andrew J. Junker | ZUCKERMAN SPAEDER LLP |
| Jason S. Varnado | 1800 M Street |
| Jones Day | Suite 1000 |
| 2727 N. Harwood St. | Washington DC 20036 |
| Dallas, TX 75201 | Telephone: (202) 778-1800 |
| Telephone: 214-220-3939 | edelinsky@zuckerman.com |
| Facsimile: 214-969-5100 | smiller@zuckerman.com |
| ldurfee@jonesday.com | phynes@zuckerman.com |

Karen P. Hewitt
Jones Day
4655 Executive Dr., Suite 1500
San Diego, CA 92121
Telephone: 858-314-1200
Facsimile: 858-345-3178
kphewitt@jonesday.com

**ATTORNEYS FOR DEFENDANT WALMART INC.**

*/s/Steve E. Holden*
Steven E. Holden, OBA #4289
Caleb S. McKee, OBA #32066
HOLDEN LITIGATION, Holden, P.C.
15 East 5th Street, Suite 3900
Tulsa, OK 74103
Telephone: 918-295-8888
Facsimile: 918-295-8889
SteveHolden@HoldenLitigation.com
CalebMcKee@HoldenLitigation.com

Steven E. Derringer
Kaspar Stoffelmayr
Bartlit Beck, LLP
54 W. Hubbard St., Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
Steven.Derringer@bartlitbeck.com
Kaspar.Stoffelmayr@bartlitbeck.com

Alex J. Harris
Bartlit Beck, LLP
1801 Wewatta St.
Denver, CO 80202
Telephone: (303) 592-3100
Alex.Harris@bartlitbeck.com

**ATTORNEYS FOR DEFENDANTS WALGREEN CO. AND WALGREENS BOOTS ALLIANCE, INC.**

Conor B. O'Croinin
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031
Telephone: (410) 949-1160
cocroinin@zuckerman.com

Eric R. Delinsky
Paul B. Hynes, Jr.
ZUCKERMAN SPAEDER LLP
1800 M St., NW, Suite 1000
Washington, D.C. 20035
Telephone: (202) 778-1800
edelinsky@zuckerman.com
phynes@zuckerman.com

**ATTORNEYS FOR DEFENDANTS CVS HEALTH CORPORATION; CVS PHARMACY, INC.; AND OKLAHOMA CVS PHARMACY, L.L.C.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of March, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

D. Michael McBride, III
Susan E. Huntsman
Crowe & Dunlevy
500 Kennedy Building
321 S. Boston Avenue
Tulsa, OK 74103
Telephone: 918-592-9800
Facsimile: 918-592-9801
mike.mcbride@crowedunlevy.com
susan.huntsman@crowedunlevy.com

Shannon E. McClure
Robert A. Nicholas
Rachell B. Weil
Reed Smith, LLP
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8226
Facsimile: (215) 851-1420
smcclure@reedsmith.com
rnicholas@reedsmith.com
rweil@reedsmith.com

Charles Stanton Perry
Reed Smith, LLP
811 Main Street, Suite 1700
Houston, TX 77002
Telephone: (713) 469-3847
Facsimile: (713) 469-3899
sperry@reedsmith.com

**Attorneys for AmerisourceBergen Drug Corporation**

M. Todd Hembree
Chrissi Ross Nimmo
John Young
The Cherokee Nation
P.O. Box 948
Tahlequah, OK 74464

Curtis N. Bruehl
The Bruehl Law Firm
14005 N. Eastern Ave.
Edmond, OK 73013

Richard Fields
Fields Law PLLC
2000 Massachusetts Ave.
Washington, DC 20036

Frank Sullivan, III
Sullivan & Sullivan, PLLC
P.O. Box 768
Sallisaw, OK 74955

Stephen N. Zack
Tyler Ulrich
Patricia A. Melville
Boies Schiller Flexner, LLP
100 SE 2nd St., Suite 2800
Miami, FL 33131

William S. Ohlemeyer
Boies Schiller Flexner. LLP
333 Main Street
Armonk, NY 10504

**Attorneys for Cherokee Nation**

5

Ryan A. Ray
Norman, Wohlgemuth, Chandler, Jeter, Barnett & Ray, P.C.
2900 Mid-Continent Tower
401 S. Boston Ave.
Tulsa, OK 74103
Telephone: 918-583-7571
Facsimile: 918-584-7846
rar@nwcjlaw.com

James J. Proszek
Timothy S. Posey
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
320 S. Boston Ave., Suite 200
Tulsa, OK 74103-3706
Telephone: 918-594-0529
Facsimile: 918-594-0505
jproszek@hallestill.com
tposey@hallestill.com

**Attorneys for Cardinal Health, Inc.**

Stuart D. Campbell
Kaylee Davis-Maddy
Doener, Saunders, Daniel & Anderson, LLP
700 Williams Center Tower II
Two West Second Street
Tulsa, OK  74103-3522
Telephone: 9198-582-1211
Facsimile: 918-591-5360
scampbell@dsda.com
kmaddy@dsda.com

**Attorneys for McKesson Corporation**

*s/Larry D. Ottaway*