UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEREKEE NATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MCKESSON CORPORATION; ) | |
| CARDINAL HEALTH, INC.; ) | Case No. 18-cv-CV-00056-RAW |
| CARDINAL HEALTH 110, LLC; ) | |
| AMERISOURCEBERGEN DRUG ) | |
| CORPORATION; ) | |
| CVS HEALTH CORPORATION; ) | |
| CVS PHARMACY, INC.; ) | |
| OKLAHOMA CVS PHARMACY, LLC; ) | |
| WALGREENS BOOTS ALLIANCE, INC.; ) | |
| WALGREEN CO.; ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Cherokee Nation respectfully files the attached Order entered April 2, 2020, in *City and County of San Francisco v. Purdue Pharma, LP*, Case No. 18-cv-07591 (N.D. Cal.) ("*San Francisco*") pending before the Honorable Charles R. Breyer.

This Order pertains to the Status Report filed on March 30, 2020 (ECF No. 120).

*San Francisco* was remanded by Judge Polster from the Prescription Opiates MDL in the same remand order as *Cherokee Nation*.

The remand court in *San Francisco* ordered that the defendants' motions to dismiss should be limited to issues not previously resolved in the MDL, as set forth more fully in the attached Order. *See* **Exhibit A.**

Dated: April 2, 2020

Respectfully Submitted,

*/s/ Tyler Ulrich*
Tyler Ulrich (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
tulrich@bsfllp.com
Tel: (305) 539-8400
Fax: (305) 539-1307

Attorney General Sara Hill
Assistant Attorney General Chrissi Nimmo
Assistant Attorney General John Young
THE CHEROKEE NATION
P.O. Box 948
Tahlequah, OK 74464

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2020, I electronically filed and transmitted the foregoing document to the Clerk of the Court using the CM/ECF System for electronic service on all counsel of record in this action.