**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| THE CHEROKEE NATION,<br><br>Plaintiff,<br><br>vs.<br><br>MCKESSON CORPORATION; CARDINAL HEALTH, INC.; CARDINAL HEALTH 110, LLC; AMERISOURCEBERGEN DRUG CORP.; CVS HEALTH CORPORATION; CVS PHARMACY, INC.; OKLAHOMA CVS PHARMACY, LLC; WALGREENS BOOTS ALLIANCE, INC.; WALGREEN CO.; WAL-MART STORES, INC.<br><br>Defendants. | ) | Case No. 18-cv-CV-00056-RAW |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

The Local Rules of this Court do not provide for the unilateral supplementation of a Joint Status report. Defendants respectfully submit that Plaintiff's Notice of Supplemental Authority ("Notice") (ECF No. 126) should therefore be stricken, or alternatively that they should be permitted to submit this brief response.

The Notice submits a scheduling order entered earlier this week by the U.S. District Court for the Northern District of California ("Scheduling Order"), where that court directed that motions to dismiss should be limited to issues "not previously resolved in the MDL." That Scheduling Order was issued without full briefing from the defendants on whether the law-of-the-case doctrine applies to cases remanded from the MDL. (The defendants in that case will be filing a motion for reconsideration.) Regardless of whatever arguments may be appropriate under Ninth Circuit precedent, the law in the Tenth Circuit is clear. As Defendants address in the Joint Status Report (ECF No. 120, at 10-11) submitted to this Court earlier this week, the law-of-the-case doctrine

cannot properly apply to rulings by a different court in a different case. There is no exception to that principle for cases remanded from an MDL. Plaintiff in fact concedes (ECF No. 120, at 9) that the MDL rulings are not "binding," although it proposes a hybrid one-off procedure for "reconsideration" of prior MDL rulings based on a showing of "special circumstances."

Defendants continue to believe that the Joint Status Report, submitted in response to the Court's request for a "narrative form more fully explaining the nature of this case and its journey to and from this court and back again" (ECF No. 88, at 2), is not the proper mechanism for Plaintiff to seek limitations on the scope of legal issues to be resolved on motions to dismiss. Defendants submit that there should be a separate round of briefing on the law-of-the case doctrine, and why Plaintiff's proposed hybrid procedure is contrary to settled limitations on that doctrine, if the Court is inclined to consider Plaintiff's proposal to limit the scope of motions to dismiss based on prior rulings by a different court in a different case.

Respectfully submitted,

*s/Stuart D. Campbell*
Stuart D. Campbell, OBA #11246
Kaylee Davis-Maddy, OBA #31534
DOERNER, SAUNDERS, DANIEL &
ANDERSON, LLP
700 Williams Center Tower II
Two West Second Street
Tulsa, OK 74103-3522
Telephone: 9198-582-1211
Facsimile: 918-591-5360
scampbell@dsda.com
kmaddy@dsda.com

Timothy C. Hester (admitted *PHV*)
Emily Rae Woods (admitted *PHV*)
Alexander N. Ely (admitted *PHV*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001

(202) 662-6000
(202)-662-6291 Facsimile
thester@cov.com
rwoods@cov.com
aely@cov.com

**ATTORNEYS FOR DEFENDANT MCKESSON CORPORATION**

*s/ Ryan A. Ray*
Ryan A. Ray, OBA #22281
NORMAN WOHLGEMUTH CHANDLER JETER BARNETT & RAY, P.C.
401 S. Boston Ave.
2900 Mid-Continent Tower
Tulsa, Oklahoma 74103
Telephone: (918) 583-7571
Facsimile: (918) 584-7846
rar@nwcjlaw.com

Emily Renshaw Pistilli (admitted PHV)
William F. Hawkins (admitted PHV)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

**ATTORNEYS FOR DEFENDANT CARDINAL HEALTH, INC.**

*s/Susan E. Huntsman*
D. Michael McBride III, OBA #15431
Susan E. Huntsman, OBA #18401
CROWE & DUNLEVY
A PROFESSIONAL CORPORATION
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103-3313
Telephone: (918) 592-9800
Facsimile: (918) 592-9801
mike.mcbride@crowedunlevy.com
susan.huntsman@crowedunlevy.com

Robert A. Nicholas (admitted PHV)
Shannon E. McClure (admitted PHV)
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
nicholas@reedsmith.com
smcclure@reedsmith.com

Stan Perry (admitted PHV)
REED SMITH LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
sperry@reedsmith.com

**ATTORNEYS FOR DEFENDANT AMERISOURCEBERGEN DRUG CORPORATION**

*s/G. Calvin Sharpe*
G. Calvin Sharpe, OBA # 11702
Amy D. White, OBA # 19255
PHILLIPS MURRAH P.C.
Corporate Tower, Thirteenth Floor
101 North Robinson Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
*gcsharpe@phillipsmurrah.com*
*adwhite@phillipsmurrah.com*

Conor B. O'Croinin
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031
Telephone: (410) 949-1160
cocroinin@zuckerman.com

Eric R. Delinsky
Alexandra W. Miller (PHV *forthcoming)*
Paul Hynes
ZUCKERMAN SPAEDER LLP

1800 M Street
Suite 1000
Washington DC 20036
Telephone: (202) 778-1800
edelinsky@zuckerman.com
phynes@zuckerman.com

**ATTORNEYS FOR DEFENDANTS CVS HEALTH CORPORATION; CVS PHARMACY, INC.; AND OKLAHOMA CVS PHARMACY, L.L.C.**

*s/Steven E. Holden*

Steven E. Holden, OBA #4289
Caleb S. McKee, OBA #32066
HOLDEN LITIGATION, Holden, P.C.
15 East 5th Street, Suite 3900
Tulsa, OK 74103
Telephone: 918-295-8888
Facsimile: 918-295-8889
SteveHolden@HoldenLitigation.com
CalebMcKee@HoldenLitigation.com

Steven E. Derringer (admitted PHV)
Kaspar Stoffelmayr (admitted PHV)
BARTLIT BECK, LLP
54 W. Hubbard St., Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Steven.Derringer@bartlitbeck.com
Kaspar.Stoffelmayr@bartlitbeck.com

Alex J. Harris(admitted PHV)
BARTLIT BECK, LLP
1801 Wewatta St.
Denver, CO 80202
Telephone: (303) 592-3100
Alex.Harris@bartlitbeck.com

**ATTORNEYS FOR DEFENDANTS WALGREEN CO. AND WALGREENS BOOTS ALLIANCE, INC.**

*s/Amy Sherry Fischer*
Larry D. Ottaway, OBA #6816
Amy Sherry Fischer, OBA #16651
Jordyn L. Cartmell, OBA #31043
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma 73102
Telephone: (405) 232-4633
Facsimile: (405) 232-3462
larryottaway@oklahomacounsel.com
amyfischer@oklahomacounsel.com
jordyncartmell@oklahomacounsel.com

Jason Varnado
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
E-mail: jvarnado@jonesday.com

Laura Jane Durfee
Andrew J. Junker
JONES DAY
2727 N. Harwood St.
Dallas, TX 75201
Phone: (214) 220-3939
Fax: (214) 969-5150
E-mail: ldurfee@jonesday.com
E-mail: ajunker@jonesday.com

**ATTORNEYS FOR DEFENDANT WALMART INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the following parties are being served with a copy of this document on this April 3, 2020, in accordance with the Federal Rules via CM/ECF or as otherwise indicated below:

M. Todd Hembree
Chrissi Ross Nimmo
John Young
Washington, DC 20036
The Cherokee Nation
P.O. Box 948
Tahlequah, OK 74464

Stephen N. Zack
Tyler Ulrich
Patricia A. Melville
BOIES SCHILLER FLEXNER, LLP
100 SE 2nd Street, Suite 2800
Miami, Florida 33131

Richard Fields
FIELDS LAW PLLC
2000 Massachusetts Ave.
Washington, DC 20036

William S. Ohlemeyer
BOIES SCHILLER FLEXNER, LLP
333 Main Street
Armonk, NY 10504

Frank Sullivan, III
SULLIVAN & SULLIVAN, PLLC
P.O. Box 768, 105 N. Oak
Sallisaw, Oklahoma 74955

*s/Stuart D. Campbell*