## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEREOKEE NATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MCKESSON CORPORATION; | )  Case No. 18-cv-00056-RAW ) |
| CARDINAL HEALTH, INC.; | ) |
| CARDINAL HEALTH 110, LLC; | |
| AMERISOURCEBERGEN DRUG CORP.; CVS | ) |
| HEALTH CORPORATION; CVS | ) |
| PHARMACY, INC.; OKLAHOMA CVS | ) |
| PHARMACY, LLC; WALGREENS BOOTS | ) |
| ALLIANCE, INC.; WALGREEN CO.; WAL- | ) |
| MART STORES, INC. | ) |
| | ) |
| Defendants. | ) |

### ADDITIONAL NOTICE OF SUPPLEMENTAL AUTHORITY

Following the parties' submission of their Joint Status Report (ECF No. 120), Plaintiffs submitted as a "Notice of Supplemental Authority" an order entered on April 2, 2020 by the U.S. District Court for the Northern District of California in *City and County of San Francisco et al v. Purdue Pharma L.P. et al*, 18-cv-07591-CRB (N.D. Cal.). (ECF No. 126.) Defendants thereafter submitted a response to that Notice of Supplemental Authority, requesting that it either be stricken or that they be permitted to file a brief response. (ECF No. 130.)

If the Court does not strike Plaintiffs' Notice of Supplemental Authority, Defendants hereby submit this additional notice to apprise the Court that the U.S. District Court for the Northern District of California has now issued an order (attached as Exhibit A) granting defendants' request for reconsideration of its April 2 order.

Respectfully submitted,

*s/Stuart D. Campbell*
Stuart D. Campbell, OBA #11246
Kaylee Davis-Maddy, OBA #31534
DOERNER, SAUNDERS, DANIEL &
ANDERSON, LLP
700 Williams Center Tower II
Two West Second Street
Tulsa, OK  74103-3522
Telephone: 9198-582-1211
Facsimile: 918-591-5360
scampbell@dsda.com
kmaddy@dsda.com

Timothy C. Hester (admitted *PHV*)
Emily Rae Woods (admitted *PHV*)
Alexander N. Ely (admitted *PHV*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000
(202)-662-6291 Facsimile
thester@cov.com
rwoods@cov.com
aely@cov.com

**ATTORNEYS FOR DEFENDANT MCKESSON CORPORATION**

*s/ Ryan A. Ray*
Ryan A. Ray, OBA #22281
NORMAN WOHLGEMUTH CHANDLER
JETER BARNETT & RAY, P.C.
401 S. Boston Ave.
2900 Mid-Continent Tower
Tulsa, Oklahoma 74103
Telephone:  (918) 583-7571
Facsimile:  (918) 584-7846
rar@nwcjlaw.com

Emily Renshaw Pistilli (admitted PHV)
William F. Hawkins (admitted PHV)
WILLIAMS & CONNOLLY LLP

725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

**ATTORNEYS FOR DEFENDANT
CARDINAL HEALTH, INC.**


*s/Susan E. Huntsman*
D. Michael McBride III, OBA #15431
Susan E. Huntsman, OBA #18401
CROWE & DUNLEVY
A PROFESSIONAL CORPORATION
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103-3313
Telephone:  (918) 592-9800
Facsimile:  (918) 592-9801
mike.mcbride@crowedunlevy.com
susan.huntsman@crowedunlevy.com

Robert A. Nicholas (admitted PHV)
Shannon E. McClure (admitted PHV)
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone:  (215) 851-8100
Facsimile:  (215) 851-1420
nicholas@reedsmith.com
smcclure@reedsmith.com

Stan Perry (admitted PHV)
REED SMITH LLP
811 Main Street, Suite 1700
Houston, TX 77002-6110
Telephone:  (713) 469-3800
Facsimile:  (713) 469-3899
sperry@reedsmith.com

**ATTORNEYS FOR DEFENDANT
AMERISOURCEBERGEN DRUG
CORPORATION**

*s/G. Calvin Sharpe*
G. Calvin Sharpe, OBA # 11702
Amy D. White, OBA # 19255
PHILLIPS MURRAH P.C.
Corporate Tower, Thirteenth Floor
101 North Robinson Avenue
Oklahoma City, Oklahoma 73102
Telephone:  (405) 235-4100
Facsimile:  (405) 235-4133
*gcsharpe@phillipsmurrah.com*
*adwhite@phillipsmurrah.com*

Conor B. O'Croinin
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031
Telephone: (410) 949-1160
cocroinin@zuckerman.com

Eric R. Delinsky
Alexandra W. Miller (PHV *forthcoming)*
Paul Hynes
ZUCKERMAN SPAEDER LLP
1800 M Street
Suite 1000
Washington DC 20036
Telephone: (202) 778-1800
edelinsky@zuckerman.com
phynes@zuckerman.com

**ATTORNEYS FOR DEFENDANTS
CVS HEALTH CORPORATION;
CVS PHARMACY, INC.; AND
OKLAHOMA CVS PHARMACY, L.L.C.**


*s/Steven E. Holden*
Steven E. Holden, OBA #4289
Caleb S. McKee, OBA #32066
HOLDEN LITIGATION, Holden, P.C.
15 East 5th Street, Suite 3900
Tulsa, OK 74103
Telephone: 918-295-8888
Facsimile: 918-295-8889
SteveHolden@HoldenLitigation.com
CalebMcKee@HoldenLitigation.com

Steven E. Derringer (admitted PHV)
Kaspar Stoffelmayr (admitted PHV)
BARTLIT BECK, LLP
54 W. Hubbard St., Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Steven.Derringer@bartlitbeck.com
Kaspar.Stoffelmayr@bartlitbeck.com

Alex J. Harris(admitted PHV)
BARTLIT BECK, LLP
1801 Wewatta St.
Denver, CO 80202
Telephone: (303) 592-3100
Alex.Harris@bartlitbeck.com

**ATTORNEYS FOR DEFENDANTS WALGREEN CO. AND WALGREENS BOOTS ALLIANCE, INC.**

*s/Amy Sherry Fischer*
Larry D. Ottaway, OBA #6816
Amy Sherry Fischer, OBA #16651
Jordyn L. Cartmell, OBA #31043
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma 73102
Telephone: (405) 232-4633
Facsimile: (405) 232-3462
larryottaway@oklahomacounsel.com
amyfischer@oklahomacounsel.com
jordyncartmell@oklahomacounsel.com

Jason Varnado
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
E-mail: jvarnado@jonesday.com

Laura Jane Durfee
Andrew J. Junker
JONES DAY
2727 N. Harwood St.

        Dallas, TX 75201
        Phone: (214) 220-3939
        Fax: (214) 969-5150
        E-mail: ldurfee@jonesday.com
        E-mail: ajunker@jonesday.com

**ATTORNEYS FOR DEFENDANT WALMART INC.**

### CERTIFICATE OF SERVICE

I hereby certify that the following parties are being served with a copy of this document on this April 12, 2020, in accordance with the Federal Rules via CM/ECF or as otherwise indicated below:

| | |
|---|---|
| M. Todd Hembree<br>Chrissi Ross Nimmo<br>John Young<br>Washington, DC 20036<br>The Cherokee Nation<br>P.O. Box 948<br>Tahlequah, OK 74464 | Stephen N. Zack<br>Tyler Ulrich<br>Patricia A. Melville<br>BOIES SCHILLER FLEXNER, LLP<br>100 SE 2nd Street, Suite 2800<br>Miami, Florida 33131 |
| Richard Fields<br>FIELDS LAW PLLC<br>2000 Massachusetts Ave.<br>Washington, DC 20036 | William S. Ohlemeyer<br>BOIES SCHILLER FLEXNER, LLP<br>333 Main Street<br>Armonk, NY 10504 |
| Frank Sullivan, III<br>SULLIVAN & SULLIVAN, PLLC<br>P.O. Box 768, 105 N. Oak<br>Sallisaw, Oklahoma 74955 | |

        *s/Stuart D. Campbell*

5334093.1