## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 18-cv-56-RAW |
| | ) |
| MCKESSON CORPORATION; CARDINAL HEALTH, INC.; CARDINAL HEALTH 110, LLC; AMERISOURCEBERGEN DRUG CORPORATION; CVS HEALTH CORPORATION; CVS PHARMACY, INC.; OKLAHOMA CVS PHARMACY, LLC; WALGREENS BOOTS ALLIANCE, INC.; WALGREEN CO.; WAL-MART STORES, INC., | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the Court are the parties' Notices of and/or Responses to Notices of Supplemental Authority [Docket Nos. 126, 130, and 137].

Upon review of the record and the "supplemental authority" filings, the court's order is: STOP! Any further filings of this nature will be stricken. If "supplemental" briefing is necessary on any issue, it will be requested by the court.

SO ORDERED this 15th day of April, 2020.

_____
Honorable Ronald A. White
United States District Judge