## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

THE CHEROKEE NATION,                )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
MCKESSON CORPORATION;               )   Case No. 18-cv-56-RAW-SPS
CARDINAL HEALTH, INC.;              )
CARDINAL HEALTH 110, LLC;           )
AMERISOURCEBERGEN DRUG CORP.;       )
CVS PHARMACY, INC.;                 )
OKLAHOMA CVS PHARMACY, LLC;         )
WALGREEN CO.; and                   )
WAL-MART STORES, INC.,              )
                                    )
        Defendants.                 )
                                    )

### JOINT STIPULATION AND MOTION TO AMEND CASE SCHEDULE

Pursuant to Section 1.A of the Amended Case Management Order (Doc. No. 204), Plaintiff and Defendants have stipulated to a four-month extension of the fact discovery deadline in the above-captioned matter, from March 12, 2021 to July 12, 2021.  To assist the parties in effectuating this change, Plaintiff and Defendants also jointly move for corresponding changes to the deadlines for summary judgment and *Daubert* motions reflected in the Amended Case Management Order.  A Proposed Order Granting Motion to Amend Case Schedule accompanies this submission.  In support of the foregoing, the parties state as follows:

1.      The parties seek this relief because they have jointly agreed that more time is needed to complete fact discovery.  The Court's Amended Case Management Order ("CMO") permits the parties to stipulate to an extension of the deadline for completion of fact discovery. *See* CMO, Oct. 13, 2020, Doc. No. 204, at 1 (setting fact discovery deadline of March 12, 2021 and stating that "[t]his fact discovery deadline may be altered by stipulation of the parties or by a

showing of good cause").  In accord with the terms of the CMO, the parties have agreed to move the deadline for completing fact discovery from March 12, 2021 to July 12, 2021.  This reflects the parties' recognition that significant work remains to be done to complete discovery.  It also takes into account that the parties recently filed motions to compel regarding the temporal, geographic, and medication scopes at issue in the litigation, all of which will impact the parties' production of responsive information.

2.     Many of the other deadlines established in the CMO are scheduled to occur a certain number of days before or after the close of fact discovery or other deadlines.  For instance, the CMO provides that Plaintiff's expert reports will be due 30 days after the close of fact discovery.  *See id.* at 2.  For this reason, many of the additional deadlines in the CMO will not require adjustment by Court order, as they will adjust automatically based on the parties' stipulated extension of the fact discovery deadline.

3.     However, because the fixed dates for summary judgment and *Daubert* motions are specified in the CMO, those dates will require adjustment by the Court.  The parties thus jointly move to change the deadlines related to summary judgment and *Daubert* motions so that they will align with the revised discovery schedule.

4.     If the Court grants the parties' joint motion, the revised case schedule for the remainder of discovery and dispositive motions will be as follows:

| *Event* | *Prior Deadline* | *Revised Deadline* |
|---|---|---|
| *Fact Discovery and Related* | | |
| Substantial completion of document productions | 65 days before close of fact discovery (January 6, 2021) | 65 days before close of fact discovery (May 10, 2021) |
| Joinder of additional parties | 60 days before close of fact discovery (January 11, 2021) | 60 days before close of fact discovery (May 13, 2021) |
| Close of fact discovery | March 12, 2021 | July 12, 2021 |
| *Expert Discovery* | | |
| Service of Plaintiff's expert reports | 30 days after close of fact discovery | 30 days after close of fact discovery |

| Event | Prior Deadline | Revised Deadline |
|---|---|---|
| Service of Defendants' expert reports | 40 days after service of Plaintiff's expert reports | 40 days after service of Plaintiff's expert reports |
| Completion of expert depositions | 30 days after deadline for Defendants' expert reports | 30 days after deadline for Defendants' expert reports |
| **Summary Judgment** | | |
| Summary judgment motions | August 19, 2021 | December 9, 2021 |
| Summary judgment response briefs | September 20, 2021 | January 10, 2022 |
| Summary judgment reply briefs | October 11, 2021 | January 31, 2022 |
| **Daubert** | | |
| *Daubert* motions | August 26, 2021 | December 16, 2021 |
| *Daubert* response briefs | September 27, 2021 | January 17, 2022 |
| *Daubert* reply briefs | October 18, 2021 | February 7, 2022 |

If the Court adopts these agreed-upon dates, the Court's dates for a pretrial conference and trial may be scheduled to occur after February 7, 2022.

For the foregoing reasons, Plaintiff and Defendants jointly move to amend the CMO by adjusting the dates for summary judgment motions and *Daubert* motions as outlined above, and to enter the accompanying Proposed Order Granting Motion to Amend Case Schedule.

\*       \*       \*

Respectfully submitted,

/s/ Tyler Ulrich
Tyler Ulrich (admitted *pro hac vice*)
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, Florida 33131
tulrich@bsfllp.com
Tel: (305) 539-8400
Fax: (305) 539-1307

Michael Burrage
Whitten Burrage
512 N Broadway, Ste. 300
Oklahoma City, OK 73102
405-516-7800
405-516-7859 (fax)
mburrage@whittenburragelaw.com

/s/Stuart D. Campbell
Stuart D. Campbell, OBA #11246
Kaylee Davis-Maddy, OBA #31534
DOERNER, SAUNDERS, DANIEL
& ANDERSON, L.L.P.
700 Williams Center Tower II
Two West Second Street
Tulsa, Oklahoma 74103-3522
Telephone 918-582-1211
Facsimile 918-591-5360
scampbell@dsda.com
kmaddy@dsda.com

-and-

Timothy C. Hester (admitted *pro hac vice*)

Attorney General Sara Hill
Assistant Attorney General Chrissi Nimmo
Assistant Attorney General John Young
THE CHEROKEE NATION
P.O. Box 948
Tahlequah, OK 74464
*Attorneys for the Cherokee Nation,*
*Plaintiff*

José E. Arvelo (admitted *pro hac vice*)
John J. DeBoy (admitted *pro hac vice*)
Alexander N. Ely (admitted *pro hac vice*)
Covington & Burling, LLP
850 Tenth St NW
Washington, DC 20001

Micaela McMurrough (admitted *pro hac vice*)
Covington & Burling, LLP
620 Eighth Ave
New York, NY 10018
212-841-1242
mmcmurrough@cov.com

*Counsel to Defendant McKesson*
*Corporation*

/s/Susan E. Huntsman
D. Michael McBride III, OBA #15431
Susan E. Huntsman, OBA #18401
CROWE & DUNLEVY
A PROFESSIONAL CORPORATION
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103-3313
(918) 592-9800
(918) 592-9801 Facsimile
mike.mcbride@crowedunlevy.com
susan.huntsman@crowedunlevy.com

-and-

Robert A. Nicholas (admitted *pro hac vice*)
Shannon E. McClure (admitted *pro hac vice*)
Thomas H. Suddath, Jr. (admitted *pro hac*
*vice*)
Jennifer B. Jordan (admitted *pro hac vice*)
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone:  (215) 851-8100
Facsimile:  (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com
tsuddath@reedsmith.com

jennifer.jordan@reedsmith.com

*Attorneys for Defendant AmerisourceBergen Drug Corporation*

/s/ Ryan A. Ray_____
Ryan A. Ray, OBA #22281
NORMAN WOHLGEMUTH, LLP
401 S. Boston Ave.
3200 Mid-Continent Tower
Tulsa, Oklahoma 74103
Telephone: (918) 583-7571
Facsimile: (918) 584-7846
RRay@NWLawOK.com

 -and-

Emily Renshaw Pistilli (admitted *pro hac vice*)
William F. Hawkins (admitted *pro hac vice*)
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant, Cardinal Health, Inc.*

/s/Steven E. Holden_____
Steven E. Holden, OBA #4289
Caleb S. McKee, OBA #32066
HOLDEN LITIGATION, Holden, P.C.
15 East 5th Street, Suite 3900
Tulsa, OK 74103
Telephone: 918-295-8888
Facsimile: 918-295-8889
SteveHolden@HoldenLitigation.com
CalebMcKee@HoldenLitigation.com

 -and-

Steven E. Derringer
Kaspar Stoffelmayr
Bartlit Beck LLP
54 W. Hubbard St., Suite 300

Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440
Steven.Derringer@bartlitbeck.com
Kaspar.Stoffelmayr@bartlitbeck.com

Alex J. Harris
Bartlit Beck LLP
1801 Wewatta St.
Denver, CO 80202
Telephone: (303) 592-3100
Alex.Harris@bartlitbeck.com

*Attorneys for Defendants Walgreen Co. and
Walgreens Boots Alliance, Inc.*

/s/ Larry D. Ottaway
Larry D. Ottaway
Amy Sherry Fischer
Foliart Huff Ottaway & Bottom
201 Robert S Kerr Ave, 12th Flr
Oklahoma City, OK 73102
405-232-4633
405-232-3462 (fax)
larryottaway@oklahomacounsel.com
amyfischer@oklahomacounsel.com

 -and-

Laura Jane Durfee
Andrew Junker
Jones Day
2727 N Harwood St
Dallas, TX 75201
214-969-5150
ldurfee@jonesday.com
ajunker@jonesday.com

Jason Varnado
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Phone: (832) 239-3939
Fax: (832) 239-3600
E-mail: jvarnado@jonesday.com

*Counsel for Defendant Walmart Inc.*

/s/ G. Calvin Sharpe
G. Calvin Sharpe, OBA # 11702
Amy D. White, OBA # 19255
PHILLIPS MURRAH P.C.
Corporate Tower, Thirteenth Floor
101 North Robinson Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
gcsharpe@phillipsmurrah.com
adwhite@phillipsmurrah.com

 -and-

Eric R. Delinsky (admitted *pro hac vice*)
Alexandra W. Miller (admitted *pro hac vice*)
Paul B. Hynes, Jr. (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036
(202) 778-1800
(202) 822-8106 (fax)
edelinsky@zuckerman.com
smiller@zuckerman.com
phynes@zuckerman.com

Conor B. O'Croinin (admitted *pro hac vice*)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202-1031
(410) 332-0444
(410) 659-0436 (fax)
cocroinin@zuckerman.com

*Counsel for Defendants CVS Pharmacy, Inc.,*
*and Oklahoma CVS Pharmacy, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that onJanuary 6, 2021January 6, 2021 January 6, 2021, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all those registered within the ECF System.

*/s/Stuart D. Campbell*
Stuart D. Campbell

5573669.1