IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MCKESSON CORPORATION; ) <br> CARDINAL HEALTH, INC.; ) <br> CARDINAL HEALTH 110, LLC; ) <br> AMERISOURCEBERGEN DRUG ) <br> CORP.; ) <br> CVS PHARMACY, INC.; ) <br> OKLAHOMA CVS PHARMACY, LLC; ) <br> WALGREEN CO.; and ) <br> WAL-MART STORES, INC., ) <br> ) <br> Defendants. ) | Case No. 18-cv-56-RAW-SPS |

## ORDER REGARDING
## MOTIONS TO COMPEL

The pending referred matters in this case come before the undersigned Magistrate Judge for final disposition pursuant to 28 U.S.C. § 636(b)(1)(A), and the undersigned Magistrate Judge hereby makes the following orders:

1. Regarding the Plaintiff's Motion to Compel Regarding the Scope of Discovery [Docket No. 251], the motion is GRANTED as to the geographic and temporal scope of discovery as requested by the Plaintiff, as well as the Schedule II drugs as agreed by the parties, but DENIED to the extent the Plaintiff seeks discovery as to codeine as one of the drug products.

2. Regarding the Pharmacy Defendants' Motion to Compel Plaintiff's Responses to Pharmacy Defendants' First Set of Requests for Production to Plaintiff [Docket No. 252], the motion is GRANTED as to prescribing data from Cherokee Nation providers but DENIED as to data related to third party referrals.

3. Regarding the Distributor Defendants' Motion to Compel Plaintiff to Produce Custodial Files [Docket No. 272], the motion is hereby GRANTED, and Plaintiff is directed to produce documents in accordance therein within thirty (30) days.

IT IS SO ORDERED this 10th day of March, 2021.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**