**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| THE CHEROKEE NATION,<br><br>      Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION; CARDINAL HEALTH, INC.; CARDINAL HEALTH 110, LLC; AMERISOURCEBERGEN DRUG CORPORATION; CVS PHARMACY, INC.; OKLAHOMA CVS PHARMACY, L.L.C.; WALGREEN CO.; WAL-MART STORES, INC.,<br><br>      Defendants. | Case No. 18-CV-00056-RAW-SPS<br><br>Hon. Ronald A. White |

## RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE (ECF NO. 336)

I respectfully submit this response to the Minute Order dated June 3, 2021, directing me to show cause for failing to file an entry of appearance (ECF No. 336).

My failure to file an entry of appearance was an oversight. Following the granting of my motion for pro hac vice, I registered for electronic case filing as required by LCvR 83.4(c) and directed by the Minute Order at ECF No. 94. (Ex. A.) I intended to file an entry of appearance at that time. An entry of appearance was prepared for filing but, due to a miscommunication, it was not filed. Upon investigation after receiving the show-cause order, I discovered that the Clerk's Office e-mailed me about filing an entry of appearance on May 12. I was in the middle of preparing for a deposition scheduled for May 14 and, regrettably, did not notice the e-mail. If I had noticed the e-mail, I would have filed my entry of appearance.

As directed by Your Honor's Courtroom Deputy, I simultaneously am filing herewith my entry of appearance. I apologize to Your Honor, his staff, and the Clerk's Office for any inconvenience this may have caused.

Respectfully submitted,

*/s/ Paul B. Hynes, Jr.*

Paul B. Hynes, Jr. (admitted pro hac vice)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036
Telephone:  (202) 778-1800
Facsimile:  (202) 822-8106
phynes@zuckerman.com

***Counsel for Defendants CVS Pharmacy, Inc., and Oklahoma CVS Pharmacy, L.L.C.***

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 9, 2021, the foregoing was filed using the Court's CM/ECF filing system and will be served in the Court's CM/ECF filing system on all attorneys of record.

>  */s/ Paul B. Hynes, Jr.*
>  Paul B. Hynes, Jr.