# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **THE CHEROKEE NATION,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   **Case No. 18-cv-56-RAW-SPS** |
| | ) |
| **MCKESSON CORPORATION;** | ) |
| **CARDINAL HEALTH, INC.;** | ) |
| **CARDINAL HEALTH 110, LLC;** | ) |
| **AMERISOURCEBERGEN DRUG** | ) |
| **CORP.;** | ) |
| **CVS PHARMACY, INC.;** | ) |
| **OKLAHOMA CVS PHARMACY, LLC;** | ) |
| **WALGREEN CO.; and** | ) |
| **WAL-MART STORES, INC.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER REGARDING MOTIONS TO COMPEL

The pending referred matters in this case come before the undersigned Magistrate Judge for final disposition pursuant to 28 U.S.C. § 636(b)(1)(A), and the undersigned Magistrate Judge hereby makes the following orders:

    1.    Regarding the Plaintiff's Motion to Compel Discovery From CVS Pharmacy, Inc. and Oklahoma CVS Pharmacy, LLC and Request for a Remedial Order [Docket No. 316], the Court finds as follows:

        a.  As to disclosure of persons with relevant information, the motion is GRANTED;

-2-

    b. As to demand for more specific responses, the motion is DENIED as to responses related to documents already produced in the Multi-District Litigation ("MDL"), but is GRANTED as to all other documents. The Defendant must produce them either by narrative response or by bates range as appropriate.

    c. As to search terms, the motion is DENIED as to search terms utilizing an asterisk ("*") or the search term "controlled substance" but is otherwise GRANTED.

2. Regarding the Plaintiff's Motion to Compel Against Wal-Mart Stores, Inc. Regarding Custodial Files [Docket No. 325], the motion is GRANTED. The Defendant is directed to substitute the five custodians named therein for five previously-identified custodians at their discretion.

The above-named Defendants are directed to supplement their discovery response herewith within twenty-one (21) days.

IT IS SO ORDERED this 9th day of June 2021.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**