UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No.: 6:18-cv-00056-RAW |
| ) | |
| MCKESSON CORPORATION et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SUBPOENA

To Counsel of Record:

PLEASE TAKE NOTICE that, pursuant to Rule 45, F.R.Civ.P., Defendants CVS Pharmacy, Inc., and Oklahoma CVS Pharmacy, L.L.C., intend to serve a subpoena for production of documents in the form attached hereto on July 16, 2021, or as soon thereafter as service may be effectuated, to the following:

Missouri Board of Pharmacy

PHILLIPS MURRAH P.C.

*/s/G. Calvin Sharpe*
G. Calvin Sharpe, OBA No. 11702
Amy D. White, OBA No. 19255
Corporate Tower, 13th Floor
101 North Robinson Avenue
Oklahoma City, OK 73102
(405) 235-4100
(405) 235-4133 (fax)
gcsharpe@phillipsmurrah.com
adwhite@phillipsmurrah.com

***Attorney for Defendants CVS Pharmacy, Inc.,
and Oklahoma CVS Pharmacy, L.L.C.***

1

7859507.1

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 16th day of July, 2021, I electronically transmitted the above and foregoing to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

  Alex J. Harris alex.harris@bartlit-beck.com
  Alexander N. Ely aely@cov.com
  Alexandra Wang Miller smiller@zuckerman.com
  Amy Sherry Fischer amyfischer@oklahomacounsel.com
  Andrew Junker ajunker@jonesday.com
  Bradley E. Beckworth bbeckworth@nixlaw.com
  Charles Stanton Perry sperry@reedsmith.com
  Christopher Lovrien cjlovrien@jonesday.com
  Claire E. Castles ccastles@jonesday.com
  Conor B. O'Croinin cocroinin@zuckerman.com
  Curtis N. Bruehl cbruehl@bruehllaw.com
  D. Michael McBride , III mike.mcbride@crowedunlevy.com
  Don W. Danz don@cswlawgroup.com
  Elliot P. Anderson elliot.anderson@crowedunlevy.com
  Emily Renshaw Pistilli epistilli@wc.com
  Emily Rae Woods rwoods@cov.com
  Eric R. Delinsky edelinsky@zuckerman.com
  Helen M. Maher hmaher@bsfllp.com
  Ian M. Dumain idumain@bsfllp.com
  J. Michael Pardoe mpardoe@zuckerman.com
  James J. Proszek jproszek@hallestill.com
  Jason Scott Varnado jvarnado@jonesday.com
  Jennifer B. Jordan jennifer.jordan@reedsmith.com
  John C. Young john-young@cherokee.org
  John J. DeBoy jdeboy@cov.com
  Jose E. Arvelo jarvelo@cov.com
  Karen P. Hewitt kphewitt@jonesday.com
  Kaspar Stoffelmayr kaspar.stoffelmayr@bartlit-beck.com
  Kaylee Davis-Maddy kmaddy@dsda.com
  Larry D. Ottaway larryottaway@oklahomacounsel.com
  Laura Jane Durfee ldurfee@jonesday.com
  Martin F. Cunniff martincunniff@fieldslawpllc.com
  Micaela McMurrough mmcmurrough@cov.com
  Michael Burrage mburrage@whittenburragelaw.com
  Neelum J. Wadhwani nwadhwani@wc.com
  Neil K. Roman nroman@cov.com
  Paula S. Quist pquist@jonesday.com
  Rachel B. Weil rweil@reedsmith.com
  Richard W. Fields fields@fieldslawpllc.com
  Robert A. Nicholas rnicholas@reedsmith.com

Robert B. Tannenbaum   robert.tannenbaum@bartlitbeck.com
Rossana Baeza   rbaeza@bsfllp.com
Ryan A. Ray   Rray@NWLawOK.com
Sarah G. Conway   sgconway@jonesday.com
Shannon McClure   smcclure@reedsmith.com
Shannon Prince   sprince@bsfllp.com
Stephen N. Zack   szack@bsfllp.com
Steven E. Derringer   steven.derringer@bartlitbeck.com
Steven E. Holden   steveholden@holdenlitigation.com
Stuart D. Campbell   scampbell@dsda.com
Thomas H. Suddath , Jr   tsuddath@reedsmith.com
Timothy C. Hester   thester@cov.com
Timothy Steven Posey   tposey@hallestill.com
Trey Duck   tduck@nixlaw.com
Tyler Ulrich   tulrich@bsfllp.com
William Hawkins   whawkins@wc.com
William S. Ohlemeyer   wohlemeyer@bsfllp.com

*/s/G. Calvin Sharpe*
G. Calvin Sharpe, OBA No. 11702

7859507.1