**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| THE CHEREKEE NATION ) <br>   ) <br>         Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br> MCKESSON CORPORATION; ) <br> CARDINAL HEALTH, INC.; CARDINAL ) <br> HEALTH 110, LLC; ) <br> AMERISOURCEBERGEN DRUG ) <br> CORPORATION; CVS HEALTH ) <br> CORPORATION; CVS PHARMACY, ) <br> INC.; OKLAHOMA CVS PHARMACY, ) <br> LLC; WALGREENS BOOTS ALLIANCE, ) <br> INC.; WALGREEN CO.; WAL-MART ) <br> STORES, INC., ) <br>   ) <br>         Defendants. ) | Case No.  18-cv-56-RAW |

**JOINT MOTION TO STAY THE MOTION HEARING
SET FOR SEPTEMBER 9, 2021**

Defendant McKesson Corporation ("McKesson"), AmerisourceBergen Drug Corporation ("ABDC"), and Cardinal Health, Inc. and Cardinal Health 110, LLC (collectively, "Cardinal") and Plaintiff The Cherokee Nation (collectively, "Movants") submit this motion, with the consent and agreement of the Oklahoma Bureau of Narcotics, to stay for two weeks the motion hearing currently set for September 9, 2021 at 10:00 AM on Defendant McKesson's Motion to Compel Production of Prescription Monitoring Program Data from Oklahoma Officials [Dkt. No. 361] and The Oklahoma Bureau of Narcotics' Motion to Stay Proceedings [Dkt. No. 378] (the "Motions"). In support of this motion, Movants state as follows:

1.     On August 26, 2021, the Court set the Motions for a hearing on September 9, 2021.

2.     Since that time, Movants have engaged in ongoing discussions in regards to the resolution of this litigation with respect to Distributors ("or Movants").

3. Movants request that while these discussions continue over the next two weeks, certain activity in regards to discovery and motion practice be stayed.

4. Movants make this request in the interest of efficiency to the Court, the parties, and the Oklahoma Bureau of Narcotics, to avoid the necessity of a hearing and ruling on a motions that may be rendered moot by developments in the next two weeks.

5. Movants would ask the Court to reschedule the hearing at a time convenient to the Court after a two week stay, if necessary.

6. Movants have conferred with counsel for the Oklahoma Bureau of Narcotics, and report that the Oklahoma Bureau of Narcotics consents to this request.

WHEREFORE, Movants respectfully request

Date: September 8, 2021.

Respectfully submitted,

/s/ Stuart D. Campbell
Stuart D. Campbell, OBA #11246
Kaylee Davis-Maddy, OBA #31534
DOERNER, SAUNDERS, DANIEL
& ANDERSON, L.L.P.
700 Williams Center Tower II
Two West Second Street
Tulsa, Oklahoma 74103-3522
Telephone 918-582-1211
Facsimile 918-591-5360
scampbell@dsda.com
kmaddy@dsda.com

-and-

Timothy C. Hester (admitted *pro hac vice*)
Neil K. Roman (admitted pro hac vice)
José E. Arvelo (admitted *pro hac vice*)
John J. DeBoy (admitted *pro hac vice*)
Alexander N. Ely (admitted *pro hac vice*)
Covington & Burling, LLP
850 Tenth St NW
Washington, DC 20001

Micaela McMurrough (admitted pro hac vice)
Covington & Burling, LLP
620 Eighth Ave
New York, NY 10018
212-841-1242
mmcmurrough@cov.com

*Counsel to Defendant McKesson Corporation*

/s/ Tyler Ulrich
Tyler Ulrich (pro hac vice)
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
tulrich@bsfllp.com
Tel: (305) 539-8400
Fax: (305) 539-1307

William S. Ohlemeyer (pro hac vice)
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
wohlemeyer@bsfllp.com
Tel: (914) 749-8200
Fax: (914) 749-8300

Michael Burrage; OK #1350
WHITTEN BURRAGE
512 N. Broadway Ave., Suite 300
Oklahoma City, OK 73102
Tel: (405) 516-7800
Fax: (405) 516-7859

Richard W. Fields (pro hac vice)
FIELDS PLLC
1700 K Street, NW, Suite 810
Washington, DC 20006
fields@fieldslawpllc.com
Tel: (917) 297-3610

*Attorneys for Plaintiff
The Cherokee Nation*

/s/Mike McBride
D. Michael McBride III, OBA #15431

Elliot P. Anderson, OBA #21098
CROWE & DUNLEVY
A PROFESSIONAL CORPORATION
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103-3313
(918) 592-9800
(918) 592-9801 Facsimile
mike.mcbride@crowedunlevy.com
elliot.anderson@crowedunlevy.com

-and-

Robert A. Nicholas (admitted *pro hac vice*)
Shannon E. McClure (admitted *pro hac vice*)
Thomas H. Suddath, Jr. (admitted *pro hac vice*)
Jennifer B. Jordan (admitted *pro hac vice*)
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone:  (215) 851-8100
Facsimile:  (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com
tsuddath@reedsmith.com
jennifer.jordan@reedsmith.com

*Attorneys for Defendant AmerisourceBergen Drug Corporation*

/s/Emily Renshaw Pistilli
Emily Renshaw Pistilli (admitted *pro hac vice*)
William F. Hawkins (admitted *pro hac vice*)
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

-and-

Ryan A. Ray, OBA #22281
NORMAN WOHLGEMUTH, LLP
401 S. Boston Ave.
3200 Mid-Continent Tower

4

Tulsa, Oklahoma 74103
Telephone: (918) 583-7571
Facsimile: (918) 584-7846
rar@nwcjlaw.com

*Attorneys for Defendant, Cardinal Health, Inc.*

## CERTIFICATE OF SERVICE

I certify that I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all those registered within the ECF System.

*/s/ Stuart D. Campbell*