IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEREKOEE NATION, <br><br> Plaintiff, <br><br> v. <br><br> MCKESSON CORPORATION; CARDINAL HEALTH, INC.; CARDINAL HEALTH 110, LLC; AMERISOURCEBERGEN DRUG CORPORATION; CVS HEALTH CORPORATION; CVS PHARMACY, INC.; OKLAHOMA CVS PHARMACY, LLC; WALGREENS BOOTS ALLIANCE, INC.; WALGREEN CO.; WAL-MART STORES, INC., <br><br> Defendants. | Case No. 18-cv-56-RAW-SPS |

**MCKESSON CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTIONS TO QUASH, DKT. 399 AND 400**

Defendant McKesson Corporation ("McKesson") moves for an unopposed extension of time to respond to the National Indian Health Board's ("NIHB") Motion to Quash Subpoena Duces Tecum [Dkt. 399] and the Northwest Portland Area Indian Health Board's ("NPAIHB") Motion to Quash Subpoena Duces Tecum [Dkt. 400] (the "Motions"). In support of this motion, McKesson states as follows:

1. On September 7, 2021, the Motions were served on McKesson, but were deemed filed on September 3, 2021.

2. On September 8, 2021, this Court granted a motion to stay in which Plaintiff, McKesson, Cardinal Health, Inc., Cardinal Health 110 LLC, and AmerisourceBergen Drug Corporation requested "certain activity in regards to discovery and motion practice be stayed" [Dkt. 395] for two weeks. *See* September 8, 2021 Minute Order [Dkt. 396].

3. McKesson requests an extension of time to respond to the Motions until September 30, 2021.

4. Mckesson makes this request in the interest of efficiency to the Court, the parties, and the non-parties. This request is not sought for delay, but so that justice may be done

5. Granting this request is in the interests of justice and judicial economy and is otherwise the right and proper thing to do.

6. McKesson has conferred with counsel for NIHB, and NPAIHB and report that they consent to this request.

WHEREFORE, McKesson Corporation respectfully requests this Court grant its request and extend the time for McKesson to respond to the Motions [Dkt. 399 and 400] until September 30, 2021.

September 14, 2021.                              Respectfully submitted,

/s/ Stuart D. Campbell
Stuart D. Campbell, OBA #11246
Kaylee Davis-Maddy, OBA #31534
DOERNER, SAUNDERS, DANIEL
& ANDERSON, L.L.P.
700 Williams Center Tower II
Two West Second Street
Tulsa, Oklahoma 74103-3522
Telephone 918-582-1211
Facsimile 918-591-5360
scampbell@dsda.com
kmaddy@dsda.com

-and-

Timothy C. Hester (admitted *pro hac vice*)
Neil K. Roman (admitted pro hac vice)
John J. DeBoy (admitted *pro hac vice*)
Alexander N. Ely (admitted *pro hac vice*)
COVINGTON & BURLING, LLP

850 Tenth St NW
Washington, DC 20001

*Counsel to Defendant McKesson Corporation*

## CERTIFICATE OF SERVICE

I certify that I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all those registered within the ECF System.

*/s/ Stuart D. Campbell*

5798301.1