**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| THE CHEROKEE NATION, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MCKESSON CORPORATION; ) <br> CARDINAL HEALTH, INC.; ) <br> CARDINAL HEALTH 110, LLC; ) <br> AMERISOURCEBERGEN DRUG CORP.; ) <br> CVS HEALTH CORPORATION; ) <br> CVS PHARMACY, INC.; ) <br> OKLAHOMA CVS PHARMACY, L.L.C.; ) <br> WALGREENS BOOTS ALLIANCE, INC.; ) <br> WALGREEN CO.; ) <br> WAL-MART STORES, INC., ) <br> ) <br>     Defendants. ) | Case No. 18-cv-56-RAW-SPS |

_____

**STIPULATION OF DISMISSAL OF DEFENDANTS McKESSON CORPORATION, CARDINAL HEALTH, INC., CARDINAL HEALTH 110, LLC, AND AMERISOURCEBERGEN DRUG CORP.**

The Cherokee Nation ("Plaintiff") has reached a settlement of its claims against McKesson Corporation, Cardinal Health, Inc., Cardinal Health 110, LLC, and AmerisourceBergen Drug Corp. (the "Settling Defendants," and collectively with Plaintiff the "Settling Parties").

The Settling Parties, through their undersigned counsel below, hereby enter this Stipulation of Dismissal based on their settlement agreement, and Plaintiff stipulates to dismissal of all claims asserted against the Settling Defendants in the above-captioned litigation.

The above action is hereby voluntarily dismissed as to the Settling Defendants only, in accordance with the terms of settlement between the Settling Parties, and without costs as to any party against the other. Plaintiff will file a notice of dismissal *with prejudice* within 30 days.

Respectfully submitted,

| | |
|---|---|
| */s/ Tyler Ulrich* | /s/*Stuart D. Campbell* |
| Tyler Ulrich (pro hac vice) | Stuart D. Campbell, OBA #11246 |
| BOIES SCHILLER FLEXNER LLP | Kaylee Davis-Maddy, OBA #31534 |
| 100 SE 2nd Street, Suite 2800 | DOENER, SAUNDERS, DANIEL & |
| Miami, FL 33131 | ANDERSON, LLP |
| tulrich@bsfllp.com | 700 Williams Center Tower II |
| Tel: (305) 539-8400 | Two West Second Street |
| Fax: (305) 539-1307 | Tulsa, OK  74103-3522 |
| | Phone: (918) 582-1211 |
| William S. Ohlemeyer (pro hac vice) | Fax: (918) 591-5360 |
| BOIES SCHILLER FLEXNER LLP | E-mail: scampbell@dsda.com |
| 333 Main Street | E-mail: kmaddy@dsda.com |
| Armonk, NY 10504 | |
| wohlemeyer@bsfllp.com | Timothy C. Hester (admitted *pro hac vice*) |
| Tel: (914) 749-8200 | John J. DeBoy (admitted *pro hac vice*) |
| Fax: (914) 749-8300 | José E. Arvelo (admitted *pro hac vice*) |
| | Alexander N. Ely (admitted *pro hac vice*) |
| Michael Burrage; OK #1350 | COVINGTON & BURLING LLP |
| WHITTEN BURRAGE | One CityCenter |
| 512 N. Broadway Ave., Suite 300 | 850 Tenth Street NW |
| Oklahoma City, OK 73102 | Washington, DC 20001 |
| Tel: (405) 516-7800 | Phone: (202) 662-6000 |
| Fax: (405) 516-7859 | Fax: (202) 662-6291 |
| | E-mail: thester@cov.com |
| Richard W. Fields (pro hac vice) | E-mail: jdeboy@cov.com |
| FIELDS PLLC | E-mail: jarvelo@cov.com |
| 1700 K Street, NW, Suite 810 | E-mail: aely@cov.com |
| Washington, DC 20006 | |
| fields@fieldslawpllc.com | ***Attorneys for Defendant McKesson*** |
| Tel: (917) 297-3610 | ***Corporation*** |
| | |
| Attorney General Sara Hill | /s/*Ryan A. Ray* |
| Assistant Attorney General Chrissi Nimmo | Ryan A. Ray, OBA #22281 |
| Assistant Attorney General John Young | NORMAN WOHLGEMUTH CHANDLER |
| THE CHEROKEE NATION | JETER BARNETT & RAY, P.C. |
| P.O. Box 948 | 401 S. Boston Ave. |
| Tahlequah, OK 74464 | 3200 Mid-Continent Tower |
| chrissi-nimmo@cherokee.org | Tulsa, Oklahoma 74103 |
| john-young@cherokee.org | Phone: (918) 583-7571 |
| Tel: (918) 453-5000 | Fax: (918) 584-7846 |
| Fax: (918) 458-5099 | E-mail: rar@nwcjlaw.com |
| | |
| ***Attorneys for Plaintiff*** | Neelum J. Wadhwani (admitted *pro hac vice*) |
| ***The Cherokee Nation*** | |

Emily Renshaw Pistilli (admitted *pro hac vice*)
William F. Hawkins (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Phone: (202) 434-5000
Fax: (202) 434-5029

***Attorneys for Defendants Cardinal Health,
Inc. and Cardinal Health, 110, LLC***

*/s/ Elliot P. Anderson*
D. Michael McBride III, OBA #15431
Elliot P. Anderson, OBA #21098
CROWE & DUNLEVY
A PROFESSIONAL CORPORATION
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103-3313
Phone:  (918) 592-9800
Fax:  (918) 592-9801
E-mail: mike.mcbride@crowedunlevy.com
E-mail: elliot.anderson@crowedunlevy.com

Robert A. Nicholas (admitted *pro hac vice*)
Shannon E. McClure (admitted *pro hac vice*)
Thomas H. Suddath, Jr. (admitted *pro hac vice*)
Jennifer B. Jordan (admitted *pro hac vice*)
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Phone: (215) 851-8100
Fax: (215) 851-1420
E-mail: rnicholas@reedsmith.com
E-mail: smcclure@reedsmith.com
Email: tsuddath@reedsmith.com
Email: jennifer.jordan@reedsmith.com

***Attorneys for Defendant AmerisourceBergen
Drug Corporation***

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2021, a true and correct copy of the foregoing document was served on counsel of record for defendants in this action via electronic service through CM-ECF.

                                                      */s/ Tyler Ulrich*
                                                     Tyler Ulrich