**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| THE CHEROKEE NATION,<br><br>　　Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION;<br>CARDINAL HEALTH, INC.;<br>CARDINAL HEALTH 110, LLC;<br>AMERISOURCEBERGEN DRUG CORP.;<br>CVS HEALTH CORPORATION;<br>CVS PHARMACY, INC.;<br>OKLAHOMA CVS PHARMACY, L.L.C.;<br>WALGREENS BOOTS ALLIANCE, INC.;<br>WALGREEN CO.;<br>WAL-MART STORES, INC.,<br><br>　　Defendants. | Case No. 18-cv-56-RAW-SPS |

**NOTICE AND STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS McKESSON CORPORATION, CARDINAL HEALTH, INC., CARDINAL HEALTH 110, LLC, AND AMERISOURCEBERGEN DRUG CORP.**

On September 28, 2021, The Cherokee Nation ("Plaintiff") advised the Court of Plaintiff's settlement with McKesson Corporation, Cardinal Health, Inc., Cardinal Health 110, LLC, and AmerisourceBergen Drug Corp. (the "Settling Defendants" and collectively with Plaintiff "Settling Parties") [ECF No. 418]. The settlement has been finalized and therefore Plaintiff files this notice and stipulation of dismissal with prejudice of all claims against the Settling Defendants only, in accordance with the terms of settlement between the Settling Parties.

Respectfully submitted,

/s/ Michael Burrage
Michael Burrage, OBA #1350
WHITTEN BURRAGE
512 N. Broadway Ave., Suite 300
Oklahoma City, OK 73102
mburrage@whittenburragelaw.com
Tel: (405) 516-7800
Fax: (405) 516-7859

William S. Ohlemeyer (pro hac vice)
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
wohlemeyer@bsfllp.com
Tel: (914) 749-8200
Fax: (914) 749-8300

Tyler Ulrich (pro hac vice)
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
tulrich@bsfllp.com
Tel: (305) 539-8400
Fax: (305) 539-1307

Richard W. Fields (pro hac vice)
FIELDS PLLC
1700 K Street, NW, Suite 810
Washington, DC 20006
fields@fieldslawpllc.com
Tel: (917) 297-3610

**Attorneys for Plaintiff**
**The Cherokee Nation**

/s/Stuart D. Campbell
Stuart D. Campbell, OBA #11246
Kaylee Davis-Maddy, OBA #31534
DOENER, SAUNDERS, DANIEL &
ANDERSON, LLP
700 Williams Center Tower II
Two West Second Street
Tulsa, OK 74103-3522
Phone: (918) 582-1211
Fax: (918) 591-5360
E-mail: scampbell@dsda.com
E-mail: kmaddy@dsda.com

Timothy C. Hester (admitted *pro hac vice*)
John J. DeBoy (admitted *pro hac vice*)
José E. Arvelo (admitted *pro hac vice*)
Alexander N. Ely (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Phone: (202) 662-6000
Fax: (202) 662-6291
E-mail: thester@cov.com
E-mail: jdeboy@cov.com
E-mail: jarvelo@cov.com
E-mail: aely@cov.com

**Attorneys for Defendant McKesson**
**Corporation**

/s/Ryan A. Ray
Ryan A. Ray, OBA #22281
NORMAN WOHLGEMUTH CHANDLER
JETER BARNETT & RAY, P.C.
401 S. Boston Ave.
3200 Mid-Continent Tower
Tulsa, Oklahoma 74103
Phone: (918) 583-7571
Fax: (918) 584-7846
E-mail: rar@nwcjlaw.com

Neelum J. Wadhwani (admitted *pro hac vice*)
Emily Renshaw Pistilli (admitted *pro hac vice*)
William F. Hawkins (admitted *pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Phone: (202) 434-5000
Fax: (202) 434-5029

***Attorneys for Defendants Cardinal Health, Inc. and Cardinal Health, 110, LLC***

*/s/ Elliot P. Anderson*
D. Michael McBride III, OBA #15431
Elliot P. Anderson, OBA #21098
CROWE & DUNLEVY
A PROFESSIONAL CORPORATION
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103-3313
Phone:  (918) 592-9800
Fax:  (918) 592-9801
E-mail: mike.mcbride@crowedunlevy.com
E-mail: elliot.anderson@crowedunlevy.com

Robert A. Nicholas (admitted *pro hac vice*)
Shannon E. McClure (admitted *pro hac vice*)
Thomas H. Suddath, Jr. (admitted *pro hac vice*)
Jennifer B. Jordan (admitted *pro hac vice*)
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Phone: (215) 851-8100
Fax: (215) 851-1420
E-mail: rnicholas@reedsmith.com
E-mail: smcclure@reedsmith.com
Email: tsuddath@reedsmith.com
Email: jennifer.jordan@reedsmith.com

***Attorneys for Defendant AmerisourceBergen Drug Corporation***

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2021, a true and correct copy of the foregoing document was served on counsel of record for defendants in this action via electronic service through CM-ECF.

/s/ Michael Burrage
Michael Burrage