UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEREKEE NATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CVS HEALTH CORPORATION; | ) Case No. 18-cv-56-RAW-SPS |
| CVS PHARMACY, INC.; | ) |
| OKLAHOMA CVS PHARMACY, L.L.C.; | ) |
| WALGREENS BOOTS ALLIANCE, INC.; | ) |
| WALGREEN CO.; | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF CORRECTION

Plaintiff respectfully requests that the Court and Defendants take notice of this correction of a clerical error on page 11 of Plaintiff's Response to Defendants' Motion for Judgment on the Pleadings (ECF No. 499), which was missing the word "not":

> "The complaint does not commit to 'market share liability,' nor even suggest the theory."

Respectfully Submitted,

*/s/ Tyler Ulrich*
Tyler Ulrich (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
tulrich@bsfllp.com
Tel: (305) 539-8400
Fax: (305) 539-1307

William S. Ohlemeyer (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
wohlemeyer@bsfllp.com
Tel: (914) 749-8200
Fax: (914) 749-8300

Michael Burrage; OK #1350
WHITTEN BURRAGE
512 N. Broadway Ave., Suite 300
Oklahoma City, OK 73102
mburrage@whittenburragelaw.com
Tel: (405) 516-7800
Fax: (405) 516-7859

Richard W. Fields (*pro hac vice*)
FIELDS PLLC
1700 K Street, NW, Suite 810
Washington, DC 20006
fields@fieldslawpllc.com
Tel: (917) 297-3610

Attorney General Sara Hill
THE CHEROKEE NATION
P.O. Box 948
Tahlequah, OK 74464
Tel: (918) 453-5000
Fax: (918) 458-5099

*Attorneys for Plaintiff*
*Cherokee Nation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2022, the foregoing document was served on counsel of record for defendants in this action via electronic service through CM-ECF.

*/s/ Tyler Ulrich*
Tyler Ulrich