**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**December 27, 2022**

_____

**Christopher M. Wolpert**
**Clerk of Court**

THE CHEROKEE NATION,

    Plaintiff - Appellee,

v.

WALGREEN CO.,

    Defendant - Appellant,

and

CVS PHARMACY, INC.; OKLAHOMA
CVS PHARMACY, LLC; WAL-MART
STORES, INC.,

    Defendants.

No. 22-7010
(D.C. No. 6:18-CV-00056-RAW-SPS)
(E.D. Okla.)

_____

**ORDER**

_____

The stipulation filed by the parties to dismiss the captioned appeal is granted. *See*

Fed. R. App. P. 42(b). Each party shall bear its own costs.

Oral argument set for January 17, 2023 is vacated.

A copy of this order shall stand as and for the mandate of this court.


Entered for the Court


CHRISTOPHER M. WOLPERT, Clerk